Carolyn G. Caruthers, Kevin Andrew Sullivan, Sauter & Sullivan, St. Louis, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Eldon Bugg appeals following the district court's[1] denial of his motion to remand, his motion to disqualify the district court under 28 U.S.C. § 455, and the district court's adverse grant of summary judgment in his diversity action against Washington Mutual Bank, F.A.[2], which had been removed from Missouri state court.

For the reasons stated by the district court, we affirm. *See* 8th Cir. R. 47B. We also deny appellee's motion for sanctions.

**Rodney JACKSON, Appellant,**

**v.**

**Dr. DUNHAM, Dentist at Clarinda Correctional Facility, Appellee,**

---

Mike Foehring; Shawn Howard, Treatment Director; Steve Jenkins, Deputy Superintendent of Clarinda Correctional Facility; Mark Lund, Superintendent of the Clarinda Correctional Facility; Gary Maynard, Director of the Iowa Department of Corrections; Deb Murray; Ellen Polland; Brad Richards, Administrative Law Judge; Correctional Officer Riley, Defendants,

**Lauri Wilmes, Dental Assistant at the Clarinda Correctional Facility, Appellee.**

No. 08–2671.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 4, 2009.

Filed: Oct. 9, 2009.

Rodney Jackson, Sheldon, IA, pro se.

H. Loraine Wallace, Attorney General's Office, Des Moines, IA, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Rodney Jackson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir.2007),

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa, adopting the report and recommendations of the Honorable Thomas Shields, United States Magistrate for the Southern District of Iowa.

we hold that summary judgment was properly granted. Accordingly, we affirm. *See* 8th Cir. R. 47B.